Filing # 10973321 Electronically Filed 03/05/2014 11:53:48 AM

## IN THE CIRCUIT COURT OF THE SIXTH JUDICIAL CIRCUIT
## IN AND FOR PASCO COUNTY, STATE OF FLORIDA

ANDREA DOUGLAS,                                CASE NO.:

      Plaintiff,

vs.

ALLIED INTERSTATE LLC,                         DEMAND FOR JURY TRIAL

      Defendant.

_____/

### COMPLAINT

**COMES NOW,** Plaintiff, ANDREA DOUGLAS (hereinafter referred to as "Douglas"),

by and through undersigned counsel, and hereby sues Defendant, ALLIED INTERSTATE LLC

(hereinafter referred to as "Allied"), and states as follows:

### PRELIMINARY STATEMENT

This action arises out of Allied's violations of the Florida Consumer Collection Practices

Act, Florida Statute §§ 559.55 *et seq.* (hereafter the "FCCPA"), the Telephone Consumer

Protection Act, 47 U.S.C. §§ 227 *et seq.* (hereafter the "TCPA"), and the Fair Debt Collection

Practices Act, 15 U.S.C. §§ 1692 *et seq.* (hereafter the "FDCPA").

### GENERAL ALLEGATIONS

1.     Plaintiff is an individual residing in Pasco County, Florida.

2.     This is an action for damages exceeding $15,000.00.

3.     Plaintiff is a "consumer" as defined by the FCCPA, Fla. Stat. § 559.55(2), and the

FDCPA, 15 U.S.C. § 1692a(3).

4.     Defendant, Allied, is a foreign limited liability company as registered with Florida

Department of State, Division of Corporations.

5.      Allied is a "Debt Collector", as defined by the FCCPA, Fla. Stat. § 559.55(6), and the FDCPA, 15 U.S.C. § 1692a(6).

6.      Allied is a "person" subject to regulations under Fla. Stat. § 559.72 and 47 U.S.C. § 227(b)(1).

7.      The debt is a consumer debt as defined by the FCCPA, Florida Statute §559.55(1) and the FDCPA, 15 U.S.C. § 1692a(5).

## FACTUAL ALLEGATIONS

8.      On July 25, 2013, Douglas retained the services of Boss, Arrighi & Hoag, P.L., (hereinafter referred to as "the Firm"), to stop harassing phone calls made to Douglas.

9.      Allied was retained by GE Capital Retail Bank (hereinafter "GE"), to collect a consumer debt associated with Douglas' GE credit card with an account number ending in xxxx-xxxx-xxxx-2533. See Exhibit "A."[1]

10.     It is alleged by Allied that Douglas owed a debt regarding past due monies to GE for a credit card with an account number ending in xxxx-xxxx-xxxx-2533.

11.     On August 16, 2013, the Firm put GE on notice of the Firm's representation of Douglas in relationship to the collection of the alleged consumer debt via facsimile transmission to GE's facsimile number (866) 420-1312. See Exhibit "B."

12.     On November 8, 2013, Douglas placed Allied on direct notice of the Firm's representation of Douglas in relationship to the collection of the alleged consumer debt via facsimile transmission to Allied's facsimile number (973) 944-5324. See Exhibit "C."

---

[1] Exhibit "A" is an affidavit sworn and subscribed to by Douglas. Douglas, under oath, states that Allied attempted to collect a debt associated with her GE credit card. Exhibit "X" to the affidavit is a spreadsheet of all automated telephone calls made to Douglas from October 18, 2013 to December 13, 2013.

13.     From October 18, 2013, and going forward, Allied used an automatic telephone dialing system, including but not limited to computer-assisted dialing systems to place telephone calls from (877) 498-8563 to Douglas' mobile cell phone. See Exhibit "A".

14.     Allied had no contact with Douglas prior to employing the use of automated dialing equipment to call Douglas repeatedly on her cellular telephone.

15.     Allied knowingly or willfully called Douglas' cellular telephone from telephone number (877) 498-8563 after Allied had unequivocal notice that Douglas was represented by the Firm and could readily ascertain the Firm's contact information. See Exhibits "A", "B" & "C".

16.     Douglas' attorney did not fail to respond within a reasonable period of time to any communication from Allied, did not consent to Allied's direct communication with Douglas, and Douglas did not initiate any communications.

17.     Douglas has suffered harassment, frustration, increased anxiety, embarrassment, intimidation and feelings of threats as a result of Allied's activity.

18.     None of Allied's telephone calls placed to Douglas were for "emergency purposes" as specified in 47 U.S.C. § 227 (b)(1)(A).

19.     None of Allied's telephone calls placed to Douglas were made with Douglas' "prior express consent" as specified in 47 U.S.C. § 227 (b)(1)(A).

20.     All conditions precedent to the filing of this lawsuit have been performed or have occurred.

### COUNT I:
### VIOLATION OF THE FCCPA, FLA. STAT. § 559.72(7)

21.     Douglas incorporates all allegations in paragraphs 1-20 as if stated fully herein.

22.     Jurisdiction is proper, pursuant to Florida Statute § 559.77(1).

23.     Allied violated Florida Statute § 559.72(7) when it willfully communicated with the debtor, Douglas, with such frequency as can reasonably be expected to abuse or harass the debtor.

24.     Specifically, Allied continued to make numerous telephone calls to Douglas' cellular telephone despite having knowledge of Douglas' representation by the Firm with regards to the alleged debt owed. Allied's persistent collection activity knowingly, willfully, and repeatedly invaded Douglas' privacy.

**WHEREFORE**, Plaintiff, ANDREA DOUGLAS, demands judgment against Defendant, ALLIED INTERSTATE LLC, for the following relief:

a.     any actual damages sustained by Douglas as a result of the above allegations;

b.     additional damages pursuant to Florida Statute § 559.77(2) in the amount of $1,000.00;

c.     in the case of a successful action sustaining the liability of Allied, pursuant to Florida Statute § 559.77(2), costs of the action, together with reasonable attorney's fees incurred by Douglas; and

d.     any other relief the court deems just and proper.

## COUNT II:
### VIOLATION OF THE FCCPA, FLA. STAT. § 559.72(18)

25.     Douglas incorporates all allegations in paragraphs 1-20 as if stated fully herein.

26.     Jurisdiction is proper, pursuant to Florida Statute § 559.77(1).

27.     Allied violated Florida Statute § 559.72(18) when it knowingly communicated with Douglas after it knew Douglas was represented by counsel in relationship to collection of the alleged consumer debt and could reasonably ascertain the name and address of counsel.

28. Specifically, Allied continued to place phone calls to Douglas' cellular telephone despite having actual knowledge of the Firm's representation of Douglas.

**WHEREFORE**, Plaintiff, ANDREA DOUGLAS, demands judgment against Defendant, ALLIED INTERSTATE LLC, for the following relief:

a. any actual damages sustained by Douglas as a result of the above allegations;

b. additional damages pursuant to Florida Statute § 559.77(2) in the amount of $1,000.00;

c. in the case of a successful action sustaining the liability of Allied, pursuant to Florida Statute § 559.77(2), costs of the action, together with reasonable attorney's fees incurred by Douglas; and

d. any other relief the court deems just and proper.

## COUNT III:
### VIOLATION OF THE TCPA, 47 U.S.C. § 227(b)(1)(A)(iii)

29. Douglas incorporates all allegations in paragraphs 1-20 as if stated fully herein.

30. Jurisdiction is proper, pursuant to 47 U.S.C. § 227(b)(3).

31. Allied used an automatic telephone dialing system or an artificial or prerecorded voice as defined by 47 U.S.C. § 227(a)(1)(A)(iii) to make telephone calls to Douglas' cellular telephone, from October 18, 2013, and going forward. See Exhibit "A."

32. Allied independently violated 47 U.S.C. § 227(b)(1)(A)(iii) for each call that Allied placed to Douglas' cellular telephone using an automatic telephone dialing system or an artificial or prerecorded voice.

33. The phone calls made by Allied are considered willing and knowing violations of the TCPA, as Allied is a sophisticated debt collector that is well aware of the TCPA and its

prohibitions, and received notice from the Firm of its representation of Douglas, advising Allied to stop communicating with Douglas by any means. See Exhibits "B" and "C."

WHEREFORE, Plaintiff, ANDREA DOUGLAS, demands judgment against Defendant, ALLIED INTERSTATE LLC, for the following relief:

a.      statutory damages pursuant to 47 U.S.C. § 227(b)(3)(B) in the amount of $500.00 for each of the independent violations occurring after August 16, 2013;

b.      an increase in the amount of the award to an amount equal to three times the amount available pursuant to 47 U.S.C. § 227(b)(3)(B) where each of Allied's independent violations were made willfully or knowingly; and

c.      any other relief the court deems just and proper.

## COUNT IV:
### VIOLATION OF THE FDCPA, 15 U.S.C. § 1692c(a)(2)

34.     Douglas incorporates all allegations in paragraphs 1-20 as if stated fully herein.

35.     Jurisdiction is proper, pursuant to 15 U.S.C. § 1692i.

36.     Allied violated 15 U.S.C. § 1692c(a)(2) by communicating with Douglas directly in connection with the collection of a debt because Allied knew Douglas was represented by the Firm with respect to the debt.

WHEREFORE, Plaintiff, ANDREA DOUGLAS, demands judgment against Defendant, ALLIED INTERSTATE LLC, for the following relief:

a.      any actual damages sustained by Douglas as a result Allied's violations;

b.      statutory damages pursuant to 15 U.S.C. § 1692k(a)(2) in an amount up to $1,000.00;

c.      in the case of a successful action sustaining the liability of Allied, pursuant to 15

U.S.C. § 1692k(a)(3), costs of the action, together with reasonable attorney's fees incurred by

Douglas; and

d.      any other relief the court deems just and proper.

## COUNT V:
### VIOLATION OF THE FDCPA, 15 U.S.C. § 1692d(5)

37.      Douglas incorporates all allegations in paragraphs 1-34 as if stated fully herein.

38.      Jurisdiction is proper, pursuant to 15 U.S.C. § 1692i.

39.      Allied caused a telephone to ring or engaged Douglas in telephone conversation

repeatedly or continuously with intent to annoy, abuse, or harass Douglas in violation of 15

U.S.C. § 1692d(5).

**WHEREFORE**, Plaintiff, ANDREA DOUGLAS, demands judgment against Defendant,

ALLIED INTERSTATE LLC, for the following relief:

a.      any actual damages sustained by Douglas as a result Allied's violations;

b.      statutory damages pursuant to 15 U.S.C. § 1692k(a)(2) in an amount up to

$1,000.00;

c.      in the case of a successful action sustaining the liability of Allied, pursuant to 15

U.S.C. § 1692k(a)(3), costs of the action, together with reasonable attorney's fees incurred by

Douglas; and

d.      any other relief the court deems just and proper.

*This space is intentionally left blank.*

## DEMAND FOR JURY TRIAL

Plaintiff, ANDREA DOUGLAS, demands a trial by jury as to all issues.

Dated this 5th day of March , 2014.

**Boss, Arrighi & Hoag, P.L.**

Brian M. Hoag, Fla. Bar No.: 012339
Email: bhoag@protectyourfuture.com
Anthony S. Bradlow, Fla. Bar No.: 104904
Email: tbradlow@protectyourfuture.com
Service Email: cpservice@protectyourfuture.com
9800 Fourth Street North, Suite 402
St. Petersburg, Florida 33702
Phone: (727) 471-0039
Fax:    (888) 503-2182
**Attorney for Plaintiff**

# Exhibit "A"

## AFFIDAVIT OF ANDREA DOUGLAS

STATE OF FLORIDA        )
                            )
COUNTY OF Pinellas    )

BEFORE ME, the undersigned authority, personally appeared **Andrea Douglas**, who after being duly sworn does hereby state that the following is true and correct:

1.     My name is **Andrea Douglas**, I am over the age of 18 and I am a resident of the State of Florida.

2.     I am competent to testify and I have personal knowledge of the matters contained herein.

3.     On July 25, 2013, I retained the services of Boss, Arrighi & Hoag, P.L. to stop harassing phone calls to my cellular telephone.

4.     My cellular telephone number is (727) 810-0040.

5.     The harassing calls made by Allied Interstate LLC related to my GE Capital Retail Bank, Rooms to Go credit card account with account numbers ending in xxxx-xxxx-xxxx-2533.

6.     Allied Interstate LLC attempted to collect an alleged debt on behalf of GE Capital Retail Bank.

7.     Allied Interstate LLC continued to attempt to collect a debt relating to my GE Capital Retail Bank, Rooms to Go credit card account with account numbers ending in xxxx-xxxx-xxxx-2533 after October 18, 2013 by calling my cellular telephone.

8.     Harassing calls to my cellular telephone from Allied Interstate LLC's phone number, (877) 498-8563, began on October 18, 2014.

9.     Harassing calls to my work landline telephone from Allied Interstate LLC's phone number, (877) 498-8563, also began on October 18, 2014.

1

# Exhibit "A"

10.    My contemporaneously kept call log, a true and correct copy of which, is attached to this affidavit as Exhibit "X".

11.    None of the calls I received from Allied Interstate LLC were for an emergency purpose.

12.    I never gave any prior express consent to Allied Interstate LLC to call my cellular telephone.

FURTHER AFFIANT SAITH NOT.

Andrea M Douglas

**Andrea Douglas**

SWORN TO AND SUBSCRIBED before me by **Andrea Douglas**, who is personally known to me or has produced a Drivers License as identification this 5 day of March , 2014.

Signature of Notary                                                    Notary Seal



Notary Public State of Florida
Sarah Wozniak
My Commission EE 219206
Expires 07/24/2016

2

Exhibit "X"

| # | Date | Time | Call From | Company | Call To | Type |
|---|------|------|-----------|---------|---------|------|
| 1 | 10/18/2013 | 8:04 AM | 877-498-8563 | Allied Interstate LLC | 727-810-0040 | Cell |
| 2 | 10/18/2013 | 9:28 AM | 877-498-8563 | Allied Interstate LLC | 727-810-0040 | Cell |
| 3 | 10/18/2013 | 10:45 AM | 877-498-8563 | Allied Interstate LLC | 727-810-0040 | Cell |
| 4 | 10/18/2013 | 12:32 PM | 877-498-8563 | Allied Interstate LLC | 727-810-0040 | Cell |
| 5 | 10/19/2013 | 8:12 AM | 877-498-8563 | Allied Interstate LLC | 727-810-0040 | Cell |
| 6 | 10/19/2013 | 9:37 AM | 877-498-8563 | Allied Interstate LLC | 727-810-0040 | Cell |
| 7 | 10/19/2013 | 10:42 AM | 877-498-8563 | Allied Interstate LLC | 727-810-0040 | Cell |
| 8 | 10/19/2013 | 12:03 PM | 877-498-8563 | Allied Interstate LLC | 727-810-0040 | Cell |
| 9 | 10/20/2013 | 8:11 AM | 877-498-8563 | Allied Interstate LLC | 727-810-0040 | Cell |
| 10 | 10/20/2013 | 9:33 AM | 877-498-8563 | Allied Interstate LLC | 727-810-0040 | Cell |
| 11 | 10/20/2013 | 10:40 AM | 877-498-8563 | Allied Interstate LLC | 727-810-0040 | Cell |
| 12 | 10/20/2013 | 12:04 PM | 877-498-8563 | Allied Interstate LLC | 727-810-0040 | Cell |
| 13 | 10/21/2013 | 8:10 AM | 877-498-8563 | Allied Interstate LLC | 727-810-0040 | Cell |
| 14 | 10/21/2013 | 9:23 AM | 877-498-8563 | Allied Interstate LLC | 727-810-0040 | Cell |
| 15 | 10/21/2013 | 10:32 AM | 877-498-8563 | Allied Interstate LLC | 727-810-0040 | Cell |
| 16 | 10/21/2013 | 11:37 AM | 877-498-8563 | Allied Interstate LLC | 727-810-0040 | Cell |
| 17 | 10/22/2013 | 8:15 AM | 877-498-8563 | Allied Interstate LLC | 727-810-0040 | Cell |
| 18 | 10/22/2013 | 9:30 AM | 877-498-8563 | Allied Interstate LLC | 727-810-0040 | Cell |
| 19 | 10/22/2013 | 10:42 AM | 877-498-8563 | Allied Interstate LLC | 727-810-0040 | Cell |
| 20 | 10/22/2013 | 11:58 AM | 877-498-8563 | Allied Interstate LLC | 727-810-0040 | Cell |
| 21 | 10/23/2013 | 8:10 AM | 877-498-8563 | Allied Interstate LLC | 727-810-0040 | Cell |
| 22 | 10/23/2013 | 9:31 AM | 877-498-8563 | Allied Interstate LLC | 727-810-0040 | Cell |
| 23 | 10/23/2013 | 10:37 AM | 877-498-8563 | Allied Interstate LLC | 727-810-0040 | Cell |
| 24 | 10/23/2013 | 11:54 AM | 877-498-8563 | Allied Interstate LLC | 727-810-0040 | Cell |
| 25 | 10/24/2013 | 8:12 AM | 877-498-8563 | Allied Interstate LLC | 727-810-0040 | Cell |
| 26 | 10/24/2013 | 9:30 AM | 877-498-8563 | Allied Interstate LLC | 727-810-0040 | Cell |
| 27 | 10/24/2013 | 10:47 AM | 877-498-8563 | Allied Interstate LLC | 727-810-0040 | Cell |
| 28 | 10/24/2013 | 12:06 PM | 877-498-8563 | Allied Interstate LLC | 727-810-0040 | Cell |
| 29 | 10/25/2013 | 8:15 AM | 877-498-8563 | Allied Interstate LLC | 727-810-0040 | Cell |
| 30 | 10/25/2013 | 9:29 AM | 877-498-8563 | Allied Interstate LLC | 727-810-0040 | Cell |
| 31 | 10/25/2013 | 10:40 AM | 877-498-8563 | Allied Interstate LLC | 727-810-0040 | Cell |
| 32 | 10/25/2013 | 11:52 AM | 877-498-8563 | Allied Interstate LLC | 727-810-0040 | Cell |
| 33 | 10/26/2013 | 8:14 AM | 877-498-8563 | Allied Interstate LLC | 727-810-0040 | Cell |
| 34 | 10/26/2013 | 9:32 AM | 877-498-8563 | Allied Interstate LLC | 727-810-0040 | Cell |
| 35 | 10/26/2013 | 10:38 AM | 877-498-8563 | Allied Interstate LLC | 727-810-0040 | Cell |
| 36 | 10/26/2013 | 11:43 AM | 877-498-8563 | Allied Interstate LLC | 727-810-0040 | Cell |
| 37 | 10/27/2013 | 8:14 AM | 877-498-8563 | Allied Interstate LLC | 727-810-0040 | Cell |
| 38 | 10/27/2013 | 9:40 AM | 877-498-8563 | Allied Interstate LLC | 727-810-0040 | Cell |
| 39 | 10/27/2013 | 11:02 AM | 877-498-8563 | Allied Interstate LLC | 727-810-0040 | Cell |
| 40 | 10/27/2013 | 12:21 AM | 877-498-8563 | Allied Interstate LLC | 727-810-0040 | Cell |
| 41 | 10/28/2013 | 8:15 AM | 877-498-8563 | Allied Interstate LLC | 727-810-0040 | Cell |
| 42 | 10/28/2013 | 9:27 AM | 877-498-8563 | Allied Interstate LLC | 727-810-0040 | Cell |
| 43 | 10/28/2013 | 10:35 AM | 877-498-8563 | Allied Interstate LLC | 727-810-0040 | Cell |
| 44 | 10/28/2013 | 11:46 AM | 877-498-8563 | Allied Interstate LLC | 727-810-0040 | Cell |
| 45 | 10/29/2013 | 8:17 AM | 877-498-8563 | Allied Interstate LLC | 727-810-0040 | Cell |
| 46 | 10/29/2013 | 9:33 AM | 877-498-8563 | Allied Interstate LLC | 727-810-0040 | Cell |

| 47 | 10/29/2013 | 10:41 AM | 877-498-8563 | Allied Interstate LLC | 727-810-0040 | Cell |
|----|------------|----------|--------------|----------------------|--------------|------|
| 48 | 10/29/2013 | 11:58 AM | 877-498-8563 | Allied Interstate LLC | 727-810-0040 | Cell |
| 49 | 10/30/2013 | 8:12 AM | 877-498-8563 | Allied Interstate LLC | 727-810-0040 | Cell |
| 50 | 10/30/2013 | 9:28 AM | 877-498-8563 | Allied Interstate LLC | 727-810-0040 | Cell |
| 51 | 10/30/2013 | 10:37 AM | 877-498-8563 | Allied Interstate LLC | 727-810-0040 | Cell |
| 52 | 10/30/2013 | 11:44 AM | 877-498-8563 | Allied Interstate LLC | 727-810-0040 | Cell |
| 53 | 10/31/2013 | 8:11 AM | 877-498-8563 | Allied Interstate LLC | 727-810-0040 | Cell |
| 54 | 10/31/2013 | 9:35 AM | 877-498-8563 | Allied Interstate LLC | 727-810-0040 | Cell |
| 55 | 10/31/2013 | 10:43 AM | 877-498-8563 | Allied Interstate LLC | 727-810-0040 | Cell |
| 56 | 10/31/2013 | 12:05 PM | 877-498-8563 | Allied Interstate LLC | 727-810-0040 | Cell |
| 57 | 11/1/2013 | 8:16 AM | 877-498-8563 | Allied Interstate LLC | 727-810-0040 | Cell |
| 58 | 11/1/2013 | 9:30 AM | 877-498-8563 | Allied Interstate LLC | 727-810-0040 | Cell |
| 59 | 11/1/2013 | 10:39 AM | 877-498-8563 | Allied Interstate LLC | 727-810-0040 | Cell |
| 60 | 11/1/2013 | 11:44 AM | 877-498-8563 | Allied Interstate LLC | 727-810-0040 | Cell |
| 61 | 11/2/2013 | 8:15 AM | 877-498-8563 | Allied Interstate LLC | 727-810-0040 | Cell |
| 62 | 11/2/2013 | 9:29 AM | 877-498-8563 | Allied Interstate LLC | 727-810-0040 | Cell |
| 63 | 11/2/2013 | 10:36 AM | 877-498-8563 | Allied Interstate LLC | 727-810-0040 | Cell |
| 64 | 11/2/2013 | 11:45 AM | 877-498-8563 | Allied Interstate LLC | 727-810-0040 | Cell |
| 65 | 11/3/2013 | 8:10 AM | 877-498-8563 | Allied Interstate LLC | 727-810-0040 | Cell |
| 66 | 11/3/2013 | 9:26 AM | 877-498-8563 | Allied Interstate LLC | 727-810-0040 | Cell |
| 67 | 11/3/2013 | 10:38 AM | 877-498-8563 | Allied Interstate LLC | 727-810-0040 | Cell |
| 68 | 11/3/2013 | 11:52 AM | 877-498-8563 | Allied Interstate LLC | 727-810-0040 | Cell |
| 69 | 11/4/2013 | 8:12 AM | 877-498-8563 | Allied Interstate LLC | 727-810-0040 | Cell |
| 70 | 11/4/2013 | 9:19 AM | 877-498-8563 | Allied Interstate LLC | 727-810-0040 | Cell |
| 71 | 11/4/2013 | 10:27 AM | 877-498-8563 | Allied Interstate LLC | 727-810-0040 | Cell |
| 72 | 11/4/2013 | 11:33 AM | 877-498-8563 | Allied Interstate LLC | 727-810-0040 | Cell |
| 73 | 11/5/2013 | 8:13 AM | 877-498-8563 | Allied Interstate LLC | 727-810-0040 | Cell |
| 74 | 11/5/2013 | 9:36 AM | 877-498-8563 | Allied Interstate LLC | 727-810-0040 | Cell |
| 75 | 11/5/2013 | 10:45 AM | 877-498-8563 | Allied Interstate LLC | 727-810-0040 | Cell |
| 76 | 11/5/2013 | 12:11 PM | 877-498-8563 | Allied Interstate LLC | 727-810-0040 | Cell |
| 77 | 11/6/2013 | 8:16 AM | 877-498-8563 | Allied Interstate LLC | 727-810-0040 | Cell |
| 78 | 11/6/2013 | 9:25 AM | 877-498-8563 | Allied Interstate LLC | 727-810-0040 | Cell |
| 79 | 11/6/2013 | 10:36 AM | 877-498-8563 | Allied Interstate LLC | 727-810-0040 | Cell |
| 80 | 11/6/2013 | 11:52 AM | 877-498-8563 | Allied Interstate LLC | 727-810-0040 | Cell |
| 81 | 11/7/2013 | 8:10 AM | 877-498-8563 | Allied Interstate LLC | 727-810-0040 | Cell |
| 82 | 11/7/2013 | 9:28 AM | 877-498-8563 | Allied Interstate LLC | 727-810-0040 | Cell |
| 83 | 11/7/2013 | 10:37 AM | 877-498-8563 | Allied Interstate LLC | 727-810-0040 | Cell |
| 84 | 11/7/2013 | 12:00 PM | 877-498-8563 | Allied Interstate LLC | 727-810-0040 | Cell |
| 85 | 11/8/2013 | 8:13 AM | 877-498-8563 | Allied Interstate LLC | 727-810-0040 | Cell |
| 86 | 11/8/2013 | 9:29 AM | 877-498-8563 | Allied Interstate LLC | 727-810-0040 | Cell |
| 87 | 11/8/2013 | 10:39 AM | 877-498-8563 | Allied Interstate LLC | 727-810-0040 | Cell |
| 88 | 11/9/2013 | 8:14 AM | 877-498-8563 | Allied Interstate LLC | 727-810-0040 | Cell |
| 89 | 11/9/2013 | 9:28 AM | 877-498-8563 | Allied Interstate LLC | 727-810-0040 | Cell |
| 90 | 11/9/2013 | 10:35 AM | 877-498-8563 | Allied Interstate LLC | 727-810-0040 | Cell |
| 91 | 11/9/2013 | 11:46 AM | 877-498-8563 | Allied Interstate LLC | 727-810-0040 | Cell |
| 92 | 11/10/2013 | 8:10 AM | 877-498-8563 | Allied Interstate LLC | 727-810-0040 | Cell |
| 93 | 11/10/2013 | 9:29 AM | 877-498-8563 | Allied Interstate LLC | 727-810-0040 | Cell |

| 94 | 11/10/2013 | 10:37 AM | 877-498-8563 | Allied Interstate LLC | 727-810-0040 | Cell |
| 95 | 11/10/2013 | 11:53 AM | 877-498-8563 | Allied Interstate LLC | 727-810-0040 | Cell |
| 96 | 11/11/2013 | 8:14 AM | 877-498-8563 | Allied Interstate LLC | 727-810-0040 | Cell |
| 97 | 11/11/2013 | 9:23 AM | 877-498-8563 | Allied Interstate LLC | 727-810-0040 | Cell |
| 98 | 11/11/2013 | 10:33 AM | 877-498-8563 | Allied Interstate LLC | 727-810-0040 | Cell |
| 99 | 11/11/2013 | 11:39 AM | 877-498-8563 | Allied Interstate LLC | 727-810-0040 | Cell |
| 100 | 11/12/2013 | 8:10 AM | 877-498-8563 | Allied Interstate LLC | 727-810-0040 | Cell |
| 101 | 11/12/2013 | 9:40 AM | 877-498-8563 | Allied Interstate LLC | 727-810-0040 | Cell |
| 102 | 11/12/2013 | 10:53 AM | 877-498-8563 | Allied Interstate LLC | 727-810-0040 | Cell |
| 103 | 11/13/2013 | 8:13 AM | 877-498-8563 | Allied Interstate LLC | 727-810-0040 | Cell |
| 104 | 11/13/2013 | 9:35 AM | 877-498-8563 | Allied Interstate LLC | 727-810-0040 | Cell |
| 105 | 11/13/2013 | 10:44 AM | 877-498-8563 | Allied Interstate LLC | 727-810-0040 | Cell |
| 106 | 11/13/2013 | 12:15 PM | 877-498-8563 | Allied Interstate LLC | 727-810-0040 | Cell |
| 107 | 11/14/2013 | 8:13 AM | 877-498-8563 | Allied Interstate LLC | 727-810-0040 | Cell |
| 108 | 11/14/2013 | 9:30 AM | 877-498-8563 | Allied Interstate LLC | 727-810-0040 | Cell |
| 109 | 11/14/2013 | 10:41 AM | 877-498-8563 | Allied Interstate LLC | 727-810-0040 | Cell |
| 110 | 11/14/2013 | 12:01 PM | 877-498-8563 | Allied Interstate LLC | 727-810-0040 | Cell |
| 111 | 11/15/2013 | 8:13 AM | 877-498-8563 | Allied Interstate LLC | 727-810-0040 | Cell |
| 112 | 11/15/2013 | 9:41 AM | 877-498-8563 | Allied Interstate LLC | 727-810-0040 | Cell |
| 113 | 11/15/2013 | 11:00 AM | 877-498-8563 | Allied Interstate LLC | 727-810-0040 | Cell |
| 114 | 11/15/2013 | 12:35 PM | 877-498-8563 | Allied Interstate LLC | 727-810-0040 | Cell |
| 115 | 11/16/2013 | 8:13 AM | 877-498-8563 | Allied Interstate LLC | 727-810-0040 | Cell |
| 116 | 11/16/2013 | 9:29 AM | 877-498-8563 | Allied Interstate LLC | 727-810-0040 | Cell |
| 117 | 11/16/2013 | 10:38 AM | 877-498-8563 | Allied Interstate LLC | 727-810-0040 | Cell |
| 118 | 11/16/2013 | 11:48 AM | 877-498-8563 | Allied Interstate LLC | 727-810-0040 | Cell |
| 119 | 11/17/2013 | 8:13 AM | 877-498-8563 | Allied Interstate LLC | 727-810-0040 | Cell |
| 120 | 11/17/2013 | 9:34 AM | 877-498-8563 | Allied Interstate LLC | 727-810-0040 | Cell |
| 121 | 11/17/2013 | 10:40 AM | 877-498-8563 | Allied Interstate LLC | 727-810-0040 | Cell |
| 122 | 11/17/2013 | 12:18 PM | 877-498-8563 | Allied Interstate LLC | 727-810-0040 | Cell |
| 123 | 11/18/2013 | 8:15 AM | 877-498-8563 | Allied Interstate LLC | 727-810-0040 | Cell |
| 124 | 11/18/2013 | 9:23 AM | 877-498-8563 | Allied Interstate LLC | 727-810-0040 | Cell |
| 125 | 11/18/2013 | 10:37 AM | 877-498-8563 | Allied Interstate LLC | 727-810-0040 | Cell |
| 126 | 11/18/2013 | 11:50 AM | 877-498-8563 | Allied Interstate LLC | 727-810-0040 | Cell |
| 127 | 11/19/2013 | 8:17 AM | 877-498-8563 | Allied Interstate LLC | 727-810-0040 | Cell |
| 128 | 11/19/2013 | 9:25 AM | 877-498-8563 | Allied Interstate LLC | 727-810-0040 | Cell |
| 129 | 11/19/2013 | 10:32 AM | 877-498-8563 | Allied Interstate LLC | 727-810-0040 | Cell |
| 130 | 11/19/2013 | 11:56 AM | 877-498-8563 | Allied Interstate LLC | 727-810-0040 | Cell |
| 131 | 11/20/2013 | 8:20 AM | 877-498-8563 | Allied Interstate LLC | 727-810-0040 | Cell |
| 132 | 11/20/2013 | 9:45 AM | 877-498-8563 | Allied Interstate LLC | 727-810-0040 | Cell |
| 133 | 11/20/2013 | 11:02 AM | 877-498-8563 | Allied Interstate LLC | 727-810-0040 | Cell |
| 134 | 11/20/2013 | 1:08 PM | 877-498-8563 | Allied Interstate LLC | 727-810-0040 | Cell |
| 135 | 11/21/2013 | 8:18 AM | 877-498-8563 | Allied Interstate LLC | 727-810-0040 | Cell |
| 136 | 11/21/2013 | 9:42 AM | 877-498-8563 | Allied Interstate LLC | 727-810-0040 | Cell |
| 137 | 11/21/2013 | 11:16 AM | 877-498-8563 | Allied Interstate LLC | 727-810-0040 | Cell |
| 138 | 11/21/2013 | 1:49 PM | 877-498-8563 | Allied Interstate LLC | 727-810-0040 | Cell |
| 139 | 11/22/2013 | 8:15 AM | 877-498-8563 | Allied Interstate LLC | 727-810-0040 | Cell |
| 140 | 11/22/2013 | 9:36 AM | 877-498-8563 | Allied Interstate LLC | 727-810-0040 | Cell |

| 141 | 11/22/2013 | 11:00 AM | 877-498-8563 | Allied Interstate LLC | 727-810-0040 | Cell |
| 142 | 11/22/2013 | 12:46 PM | 877-498-8563 | Allied Interstate LLC | 727-810-0040 | Cell |
| 143 | 11/23/2013 | 8:17 AM | 877-498-8563 | Allied Interstate LLC | 727-810-0040 | Cell |
| 144 | 11/23/2013 | 11:36 AM | 877-498-8563 | Allied Interstate LLC | 727-810-0040 | Cell |
| 145 | 11/23/2013 | 11:36 AM | 877-498-8563 | Allied Interstate LLC | 727-810-0040 | Cell |
| 146 | 11/23/2013 | 11:38 AM | 877-498-8563 | Allied Interstate LLC | 727-810-0040 | Cell |
| 147 | 11/23/2013 | 12:56 PM | 877-498-8563 | Allied Interstate LLC | 727-810-0040 | Cell |
| 148 | 11/23/2013 | 2:07 PM | 877-498-8563 | Allied Interstate LLC | 727-810-0040 | Cell |
| 149 | 11/24/2013 | 8:14 AM | 877-498-8563 | Allied Interstate LLC | 727-810-0040 | Cell |
| 150 | 11/24/2013 | 9:43 AM | 877-498-8563 | Allied Interstate LLC | 727-810-0040 | Cell |
| 151 | 11/24/2013 | 11:08 AM | 877-498-8563 | Allied Interstate LLC | 727-810-0040 | Cell |
| 152 | 11/24/2013 | 12:59 PM | 877-498-8563 | Allied Interstate LLC | 727-810-0040 | Cell |
| 153 | 11/25/2013 | 8:14 AM | 877-498-8563 | Allied Interstate LLC | 727-810-0040 | Cell |
| 154 | 11/25/2013 | 9:25 AM | 877-498-8563 | Allied Interstate LLC | 727-810-0040 | Cell |
| 155 | 11/25/2013 | 10:46 AM | 877-498-8563 | Allied Interstate LLC | 727-810-0040 | Cell |
| 156 | 11/26/2013 | 8:13 AM | 877-498-8563 | Allied Interstate LLC | 727-810-0040 | Cell |
| 157 | 11/26/2013 | 9:41 AM | 877-498-8563 | Allied Interstate LLC | 727-810-0040 | Cell |
| 158 | 11/26/2013 | 11:01 AM | 877-498-8563 | Allied Interstate LLC | 727-810-0040 | Cell |
| 159 | 11/26/2013 | 12:37 PM | 877-498-8563 | Allied Interstate LLC | 727-810-0040 | Cell |
| 160 | 11/27/2013 | 8:24 AM | 877-498-8563 | Allied Interstate LLC | 727-810-0040 | Cell |
| 161 | 11/27/2013 | 9:46 AM | 877-498-8563 | Allied Interstate LLC | 727-810-0040 | Cell |
| 162 | 11/27/2013 | 11:11 AM | 877-498-8563 | Allied Interstate LLC | 727-810-0040 | Cell |
| 163 | 11/27/2013 | 1:22 AM | 877-498-8563 | Allied Interstate LLC | 727-810-0040 | Cell |
| 164 | 11/29/2013 | 8:17 AM | 877-498-8563 | Allied Interstate LLC | 727-810-0040 | Cell |
| 165 | 11/29/2013 | 9:47 AM | 877-498-8563 | Allied Interstate LLC | 727-810-0040 | Cell |
| 166 | 11/29/2013 | 11:25 AM | 877-498-8563 | Allied Interstate LLC | 727-810-0040 | Cell |
| 167 | 11/29/2013 | 1:25 PM | 877-498-8563 | Allied Interstate LLC | 727-810-0040 | Cell |
| 168 | 11/30/2013 | 8:19 AM | 877-498-8563 | Allied Interstate LLC | 727-810-0040 | Cell |
| 169 | 11/30/2013 | 9:52 AM | 877-498-8563 | Allied Interstate LLC | 727-810-0040 | Cell |
| 170 | 11/30/2013 | 11:56 AM | 877-498-8563 | Allied Interstate LLC | 727-810-0040 | Cell |
| 171 | 11/30/2013 | 2:13 AM | 877-498-8563 | Allied Interstate LLC | 727-810-0040 | Cell |
| 172 | 12/1/2013 | 8:15 AM | 877-498-8563 | Allied Interstate LLC | 727-810-0040 | Cell |
| 173 | 12/1/2013 | 9:30 AM | 877-498-8563 | Allied Interstate LLC | 727-810-0040 | Cell |
| 174 | 12/1/2013 | 10:43 AM | 877-498-8563 | Allied Interstate LLC | 727-810-0040 | Cell |
| 175 | 12/1/2013 | 12:22 PM | 877-498-8563 | Allied Interstate LLC | 727-810-0040 | Cell |
| 176 | 12/2/2013 | 8:14 AM | 877-498-8563 | Allied Interstate LLC | 727-810-0040 | Cell |
| 177 | 12/2/2013 | 9:27 AM | 877-498-8563 | Allied Interstate LLC | 727-810-0040 | Cell |
| 178 | 12/2/2013 | 10:35 AM | 877-498-8563 | Allied Interstate LLC | 727-810-0040 | Cell |
| 179 | 12/3/2013 | 8:20 AM | 877-498-8563 | Allied Interstate LLC | 727-810-0040 | Cell |
| 180 | 12/3/2013 | 9:49 AM | 877-498-8563 | Allied Interstate LLC | 727-810-0040 | Cell |
| 181 | 12/3/2013 | 11:16 AM | 877-498-8563 | Allied Interstate LLC | 727-810-0040 | Cell |
| 182 | 12/3/2013 | 1:26 AM | 877-498-8563 | Allied Interstate LLC | 727-810-0040 | Cell |
| 183 | 12/4/2013 | 8:13 AM | 877-498-8563 | Allied Interstate LLC | 727-810-0040 | Cell |
| 184 | 12/4/2013 | 9:27 AM | 877-498-8563 | Allied Interstate LLC | 727-810-0040 | Cell |
| 185 | 12/4/2013 | 10:36 AM | 877-498-8563 | Allied Interstate LLC | 727-810-0040 | Cell |
| 186 | 12/4/2013 | 11:59 AM | 877-498-8563 | Allied Interstate LLC | 727-810-0040 | Cell |
| 187 | 12/5/2013 | 8:19 AM | 877-498-8563 | Allied Interstate LLC | 727-810-0040 | Cell |

| 188 | 12/5/2013 | 9:37 AM | 877-498-8563 | Allied Interstate LLC | 727-810-0040 | Cell |
|-----|-----------|---------|--------------|-----------------------|--------------|------|
| 189 | 12/5/2013 | 10:51 AM | 877-498-8563 | Allied Interstate LLC | 727-810-0040 | Cell |
| 190 | 12/5/2013 | 12:24 PM | 877-498-8563 | Allied Interstate LLC | 727-810-0040 | Cell |
| 191 | 12/6/2013 | 8:12 AM | 877-498-8563 | Allied Interstate LLC | 727-810-0040 | Cell |
| 192 | 12/6/2013 | 9:29 AM | 877-498-8563 | Allied Interstate LLC | 727-810-0040 | Cell |
| 193 | 12/6/2013 | 10:38 AM | 877-498-8563 | Allied Interstate LLC | 727-810-0040 | Cell |
| 194 | 12/6/2013 | 12:03 PM | 877-498-8563 | Allied Interstate LLC | 727-810-0040 | Cell |
| 195 | 12/7/2013 | 8:17 AM | 877-498-8563 | Allied Interstate LLC | 727-810-0040 | Cell |
| 196 | 12/7/2013 | 9:30 AM | 877-498-8563 | Allied Interstate LLC | 727-810-0040 | Cell |
| 197 | 12/7/2013 | 10:40 AM | 877-498-8563 | Allied Interstate LLC | 727-810-0040 | Cell |
| 198 | 12/7/2013 | 11:48 AM | 877-498-8563 | Allied Interstate LLC | 727-810-0040 | Cell |
| 199 | 12/8/2013 | 8:19 AM | 877-498-8563 | Allied Interstate LLC | 727-810-0040 | Cell |
| 200 | 12/8/2013 | 9:40 AM | 877-498-8563 | Allied Interstate LLC | 727-810-0040 | Cell |
| 201 | 12/8/2013 | 11:00 AM | 877-498-8563 | Allied Interstate LLC | 727-810-0040 | Cell |
| 202 | 12/8/2013 | 12:31 PM | 877-498-8563 | Allied Interstate LLC | 727-810-0040 | Cell |
| 203 | 12/9/2013 | 8:14 AM | 877-498-8563 | Allied Interstate LLC | 727-810-0040 | Cell |
| 204 | 12/9/2013 | 9:25 AM | 877-498-8563 | Allied Interstate LLC | 727-810-0040 | Cell |
| 205 | 12/9/2013 | 10:38 AM | 877-498-8563 | Allied Interstate LLC | 727-810-0040 | Cell |
| 206 | 12/9/2013 | 11:50 AM | 877-498-8563 | Allied Interstate LLC | 727-810-0040 | Cell |
| 207 | 12/10/2013 | 8:21 AM | 877-498-8563 | Allied Interstate LLC | 727-810-0040 | Cell |
| 208 | 12/10/2013 | 9:42 AM | 877-498-8563 | Allied Interstate LLC | 727-810-0040 | Cell |
| 209 | 12/10/2013 | 11:43 AM | 877-498-8563 | Allied Interstate LLC | 727-810-0040 | Cell |
| 210 | 12/11/2013 | 8:09 AM | 877-498-8563 | Allied Interstate LLC | 727-810-0040 | Cell |
| 211 | 12/11/2013 | 9:32 AM | 877-498-8563 | Allied Interstate LLC | 727-810-0040 | Cell |
| 212 | 12/11/2013 | 10:48 AM | 877-498-8563 | Allied Interstate LLC | 727-810-0040 | Cell |
| 213 | 12/11/2013 | 12:37 PM | 877-498-8563 | Allied Interstate LLC | 727-810-0040 | Cell |

| # | Date | Time | Call From | Company | Call To | Type |
|---|------|------|-----------|---------|---------|------|
| 1 | 10/18/2013 | 8:50 AM | 877-498-8563 | Allied Interstate LLC | 727-539-3723 | Work |
| 2 | 10/18/2013 | 11:53 AM | 877-498-8563 | Allied Interstate LLC | 727-539-3723 | Work |
| 3 | 10/19/2013 | 8:48 AM | 877-498-8563 | Allied Interstate LLC | 727-539-3723 | Work |
| 4 | 10/19/2013 | 10:00 AM | 877-498-8563 | Allied Interstate LLC | 727-539-3723 | Work |
| 5 | 10/19/2013 | 11:16 AM | 877-498-8563 | Allied Interstate LLC | 727-539-3723 | Work |
| 6 | 10/20/2013 | 8:51 AM | 877-498-8563 | Allied Interstate LLC | 727-539-3723 | Work |
| 7 | 10/20/2013 | 11:35 AM | 877-498-8563 | Allied Interstate LLC | 727-539-3723 | Work |
| 8 | 10/21/2013 | 8:29 AM | 877-498-8563 | Allied Interstate LLC | 727-539-3723 | Work |
| 9 | 10/21/2013 | 9:47 AM | 877-498-8563 | Allied Interstate LLC | 727-539-3723 | Work |
| 10 | 10/21/2013 | 10:59 AM | 877-498-8563 | Allied Interstate LLC | 727-539-3723 | Work |
| 11 | 10/22/2013 | 8:40 AM | 877-498-8563 | Allied Interstate LLC | 727-539-3723 | Work |
| 12 | 10/22/2013 | 9:57 AM | 877-498-8563 | Allied Interstate LLC | 727-539-3723 | Work |
| 13 | 10/22/2013 | 11:22 AM | 877-498-8563 | Allied Interstate LLC | 727-539-3723 | Work |
| 14 | 10/23/2013 | 8:34 AM | 877-498-8563 | Allied Interstate LLC | 727-539-3723 | Work |
| 15 | 10/23/2013 | 9:52 AM | 877-498-8563 | Allied Interstate LLC | 727-539-3723 | Work |
| 16 | 10/23/2013 | 11:01 AM | 877-498-8563 | Allied Interstate LLC | 727-539-3723 | Work |
| 17 | 10/24/2013 | 8:38 AM | 877-498-8563 | Allied Interstate LLC | 727-539-3723 | Work |
| 18 | 10/24/2013 | 10:02 AM | 877-498-8563 | Allied Interstate LLC | 727-539-3723 | Work |

| 19 | 10/24/2013 | 11:36 AM | 877-498-8563 | Allied Interstate LLC | 727-539-3723 | Work |
|----|-----------|----------|--------------|----------------------|--------------|------|
| 20 | 10/25/2013 | 8:38 AM | 877-498-8563 | Allied Interstate LLC | 727-539-3723 | Work |
| 21 | 10/25/2013 | 9:55 AM | 877-498-8563 | Allied Interstate LLC | 727-539-3723 | Work |
| 22 | 10/25/2013 | 10:59 AM | 877-498-8563 | Allied Interstate LLC | 727-539-3723 | Work |
| 23 | 10/26/2013 | 8:34 AM | 877-498-8563 | Allied Interstate LLC | 727-539-3723 | Work |
| 24 | 10/26/2013 | 9:46 AM | 877-498-8563 | Allied Interstate LLC | 727-539-3723 | Work |
| 25 | 10/27/2013 | 8:50 AM | 877-498-8563 | Allied Interstate LLC | 727-539-3723 | Work |
| 26 | 10/27/2013 | 10:17 AM | 877-498-8563 | Allied Interstate LLC | 727-539-3723 | Work |
| 27 | 10/27/2013 | 11:46 AM | 877-498-8563 | Allied Interstate LLC | 727-539-3723 | Work |
| 28 | 10/28/2013 | 8:33 AM | 877-498-8563 | Allied Interstate LLC | 727-539-3723 | Work |
| 29 | 10/28/2013 | 9:42 AM | 877-498-8563 | Allied Interstate LLC | 727-539-3723 | Work |
| 30 | 10/28/2013 | 10:51 AM | 877-498-8563 | Allied Interstate LLC | 727-539-3723 | Work |
| 31 | 10/29/2013 | 8:37 AM | 877-498-8563 | Allied Interstate LLC | 727-539-3723 | Work |
| 32 | 10/29/2013 | 9:59 AM | 877-498-8563 | Allied Interstate LLC | 727-539-3723 | Work |
| 33 | 10/30/2013 | 8:39 AM | 877-498-8563 | Allied Interstate LLC | 727-539-3723 | Work |
| 34 | 10/30/2013 | 9:56 AM | 877-498-8563 | Allied Interstate LLC | 727-539-3723 | Work |
| 35 | 10/30/2013 | 11:18 AM | 877-498-8563 | Allied Interstate LLC | 727-539-3723 | Work |
| 36 | 10/31/2013 | 8:39 AM | 877-498-8563 | Allied Interstate LLC | 727-539-3723 | Work |
| 37 | 10/31/2013 | 9:56 AM | 877-498-8563 | Allied Interstate LLC | 727-539-3723 | Work |
| 38 | 10/31/2013 | 11:25 AM | 877-498-8563 | Allied Interstate LLC | 727-539-3723 | Work |
| 39 | 11/1/2013 | 8:39 AM | 877-498-8563 | Allied Interstate LLC | 727-539-3723 | Work |
| 40 | 11/1/2013 | 9:56 AM | 877-498-8563 | Allied Interstate LLC | 727-539-3723 | Work |
| 41 | 11/1/2013 | 11:14 AM | 877-498-8563 | Allied Interstate LLC | 727-539-3723 | Work |
| 42 | 11/2/2013 | 8:43 AM | 877-498-8563 | Allied Interstate LLC | 727-539-3723 | Work |
| 43 | 11/2/2013 | 9:53 AM | 877-498-8563 | Allied Interstate LLC | 727-539-3723 | Work |
| 44 | 11/3/2013 | 8:41 AM | 877-498-8563 | Allied Interstate LLC | 727-539-3723 | Work |
| 45 | 11/3/2013 | 9:57 AM | 877-498-8563 | Allied Interstate LLC | 727-539-3723 | Work |
| 46 | 11/3/2013 | 11:06 AM | 877-498-8563 | Allied Interstate LLC | 727-539-3723 | Work |
| 47 | 11/4/2013 | 8:30 AM | 877-498-8563 | Allied Interstate LLC | 727-539-3723 | Work |
| 48 | 11/4/2013 | 9:35 AM | 877-498-8563 | Allied Interstate LLC | 727-539-3723 | Work |
| 49 | 11/4/2013 | 10:43 AM | 877-498-8563 | Allied Interstate LLC | 727-539-3723 | Work |
| 50 | 11/5/2013 | 8:36 AM | 877-498-8563 | Allied Interstate LLC | 727-539-3723 | Work |
| 51 | 11/5/2013 | 9:59 AM | 877-498-8563 | Allied Interstate LLC | 727-539-3723 | Work |
| 52 | 11/5/2013 | 11:30 AM | 877-498-8563 | Allied Interstate LLC | 727-539-3723 | Work |
| 53 | 11/6/2013 | 8:43 AM | 877-498-8563 | Allied Interstate LLC | 727-539-3723 | Work |
| 54 | 11/6/2013 | 9:52 AM | 877-498-8563 | Allied Interstate LLC | 727-539-3723 | Work |
| 55 | 11/6/2013 | 11:07 AM | 877-498-8563 | Allied Interstate LLC | 727-539-3723 | Work |
| 56 | 11/7/2013 | 8:36 AM | 877-498-8563 | Allied Interstate LLC | 727-539-3723 | Work |
| 57 | 11/7/2013 | 9:57 AM | 877-498-8563 | Allied Interstate LLC | 727-539-3723 | Work |
| 58 | 11/7/2013 | 11:24 AM | 877-498-8563 | Allied Interstate LLC | 727-539-3723 | Work |
| 59 | 11/8/2013 | 8:34 AM | 877-498-8563 | Allied Interstate LLC | 727-539-3723 | Work |
| 60 | 11/8/2013 | 9:52 AM | 877-498-8563 | Allied Interstate LLC | 727-539-3723 | Work |
| 61 | 11/8/2013 | 11:02 AM | 877-498-8563 | Allied Interstate LLC | 727-539-3723 | Work |
| 62 | 11/9/2013 | 8:39 AM | 877-498-8563 | Allied Interstate LLC | 727-539-3723 | Work |
| 63 | 11/9/2013 | 9:49 AM | 877-498-8563 | Allied Interstate LLC | 727-539-3723 | Work |
| 64 | 11/9/2013 | 11:07 AM | 877-498-8563 | Allied Interstate LLC | 727-539-3723 | Work |
| 65 | 11/10/2013 | 8:43 AM | 877-498-8563 | Allied Interstate LLC | 727-539-3723 | Work |

| 66 | 11/10/2013 | 10:03 AM | 877-498-8563 | Allied Interstate LLC | 727-539-3723 | Work |
|----|-----------|----------|--------------|----------------------|--------------|------|
| 67 | 11/10/2013 | 11:28 AM | 877-498-8563 | Allied Interstate LLC | 727-539-3723 | Work |
| 68 | 11/11/2013 | 8:34 AM | 877-498-8563 | Allied Interstate LLC | 727-539-3723 | Work |
| 69 | 11/11/2013 | 9:43 AM | 877-498-8563 | Allied Interstate LLC | 727-539-3723 | Work |
| 70 | 11/11/2013 | 10:53 AM | 877-498-8563 | Allied Interstate LLC | 727-539-3723 | Work |
| 71 | 11/12/2013 | 8:36 AM | 877-498-8563 | Allied Interstate LLC | 727-539-3723 | Work |
| 72 | 11/12/2013 | 10:03 AM | 877-498-8563 | Allied Interstate LLC | 727-539-3723 | Work |
| 73 | 11/12/2013 | 11:30 AM | 877-498-8563 | Allied Interstate LLC | 727-539-3723 | Work |
| 74 | 11/13/2013 | 8:45 AM | 877-498-8563 | Allied Interstate LLC | 727-539-3723 | Work |
| 75 | 11/13/2013 | 10:06 AM | 877-498-8563 | Allied Interstate LLC | 727-539-3723 | Work |
| 76 | 11/13/2013 | 11:45 AM | 877-498-8563 | Allied Interstate LLC | 727-539-3723 | Work |
| 77 | 11/14/2013 | 8:37 AM | 877-498-8563 | Allied Interstate LLC | 727-539-3723 | Work |
| 78 | 11/14/2013 | 11:07 AM | 877-498-8563 | Allied Interstate LLC | 727-539-3723 | Work |
| 79 | 11/15/2013 | 8:43 AM | 877-498-8563 | Allied Interstate LLC | 727-539-3723 | Work |
| 80 | 11/15/2013 | 10:08 AM | 877-498-8563 | Allied Interstate LLC | 727-539-3723 | Work |
| 81 | 11/16/2013 | 8:40 AM | 877-498-8563 | Allied Interstate LLC | 727-539-3723 | Work |
| 82 | 11/17/2013 | 8:51 AM | 877-498-8563 | Allied Interstate LLC | 727-539-3723 | Work |
| 83 | 11/17/2013 | 10:07 AM | 877-498-8563 | Allied Interstate LLC | 727-539-3723 | Work |
| 84 | 11/17/2013 | 11:43 AM | 877-498-8563 | Allied Interstate LLC | 727-539-3723 | Work |
| 85 | 11/18/2013 | 8:37 AM | 877-498-8563 | Allied Interstate LLC | 727-539-3723 | Work |
| 86 | 11/18/2013 | 9:48 AM | 877-498-8563 | Allied Interstate LLC | 727-539-3723 | Work |
| 87 | 11/18/2013 | 11:04 AM | 877-498-8563 | Allied Interstate LLC | 727-539-3723 | Work |
| 88 | 11/19/2013 | 9:54 AM | 877-498-8563 | Allied Interstate LLC | 727-539-3723 | Work |
| 89 | 11/19/2013 | 11:02 AM | 877-498-8563 | Allied Interstate LLC | 727-539-3723 | Work |
| 90 | 11/20/2013 | 8:57 AM | 877-498-8563 | Allied Interstate LLC | 727-539-3723 | Work |
| 91 | 11/20/2013 | 10:25 AM | 877-498-8563 | Allied Interstate LLC | 727-539-3723 | Work |
| 92 | 11/20/2013 | 12:21 PM | 877-498-8563 | Allied Interstate LLC | 727-539-3723 | Work |
| 93 | 11/21/2013 | 10:23 AM | 877-498-8563 | Allied Interstate LLC | 727-539-3723 | Work |
| 94 | 11/21/2013 | 12:43 PM | 877-498-8563 | Allied Interstate LLC | 727-539-3723 | Work |
| 95 | 11/22/2013 | 8:51 AM | 877-498-8563 | Allied Interstate LLC | 727-539-3723 | Work |
| 96 | 11/22/2013 | 10:17 AM | 877-498-8563 | Allied Interstate LLC | 727-539-3723 | Work |
| 97 | 11/22/2013 | 12:03 PM | 877-498-8563 | Allied Interstate LLC | 727-539-3723 | Work |
| 98 | 11/23/2013 | 8:46 AM | 877-498-8563 | Allied Interstate LLC | 727-539-3723 | Work |
| 99 | 11/23/2013 | 12:08 PM | 877-498-8563 | Allied Interstate LLC | 727-539-3723 | Work |
| 100 | 11/23/2013 | 1:26 AM | 877-498-8563 | Allied Interstate LLC | 727-539-3723 | Work |
| 101 | 11/24/2013 | 8:55 AM | 877-498-8563 | Allied Interstate LLC | 727-539-3723 | Work |
| 102 | 11/24/2013 | 10:28 AM | 877-498-8563 | Allied Interstate LLC | 727-539-3723 | Work |
| 103 | 11/24/2013 | 12:18 PM | 877-498-8563 | Allied Interstate LLC | 727-539-3723 | Work |
| 104 | 11/25/2013 | 8:38 AM | 877-498-8563 | Allied Interstate LLC | 727-539-3723 | Work |
| 105 | 11/25/2013 | 9:53 AM | 877-498-8563 | Allied Interstate LLC | 727-539-3723 | Work |
| 106 | 11/25/2013 | 11:10 AM | 877-498-8563 | Allied Interstate LLC | 727-539-3723 | Work |
| 107 | 11/26/2013 | 8:45 AM | 877-498-8563 | Allied Interstate LLC | 727-539-3723 | Work |
| 108 | 11/26/2013 | 10:10 AM | 877-498-8563 | Allied Interstate LLC | 727-539-3723 | Work |
| 109 | 11/26/2013 | 11:49 AM | 877-498-8563 | Allied Interstate LLC | 727-539-3723 | Work |
| 110 | 11/27/2013 | 9:00 AM | 877-498-8563 | Allied Interstate LLC | 727-539-3723 | Work |
| 111 | 11/27/2013 | 10:29 AM | 877-498-8563 | Allied Interstate LLC | 727-539-3723 | Work |
| 112 | 11/27/2013 | 12:27 PM | 877-498-8563 | Allied Interstate LLC | 727-539-3723 | Work |

| 113 | 11/29/2013 | 8:49 AM | 877-498-8563 | Allied Interstate LLC | 727-539-3723 | Work |
|-----|-----------|---------|--------------|----------------------|--------------|------|
| 114 | 11/29/2013 | 10:21 AM | 877-498-8563 | Allied Interstate LLC | 727-539-3723 | Work |
| 115 | 11/29/2013 | 12:30 PM | 877-498-8563 | Allied Interstate LLC | 727-539-3723 | Work |
| 116 | 11/30/2013 | 9:02 AM | 877-498-8563 | Allied Interstate LLC | 727-539-3723 | Work |
| 117 | 11/30/2013 | 10:36 AM | 877-498-8563 | Allied Interstate LLC | 727-539-3723 | Work |
| 118 | 11/30/2013 | 1:00 PM | 877-498-8563 | Allied Interstate LLC | 727-539-3723 | Work |
| 119 | 12/1/2013 | 8:52 AM | 877-498-8563 | Allied Interstate LLC | 727-539-3723 | Work |
| 120 | 12/1/2013 | 10:06 AM | 877-498-8563 | Allied Interstate LLC | 727-539-3723 | Work |
| 121 | 12/1/2013 | 11:40 AM | 877-498-8563 | Allied Interstate LLC | 727-539-3723 | Work |
| 122 | 12/2/2013 | 8:38 AM | 877-498-8563 | Allied Interstate LLC | 727-539-3723 | Work |
| 123 | 12/2/2013 | 9:55 AM | 877-498-8563 | Allied Interstate LLC | 727-539-3723 | Work |
| 124 | 12/2/2013 | 11:03 AM | 877-498-8563 | Allied Interstate LLC | 727-539-3723 | Work |
| 125 | 12/3/2013 | 9:00 AM | 877-498-8563 | Allied Interstate LLC | 727-539-3723 | Work |
| 126 | 12/3/2013 | 12:32 PM | 877-498-8563 | Allied Interstate LLC | 727-539-3723 | Work |
| 127 | 12/4/2013 | 9:52 AM | 877-498-8563 | Allied Interstate LLC | 727-539-3723 | Work |
| 128 | 12/4/2013 | 11:07 AM | 877-498-8563 | Allied Interstate LLC | 727-539-3723 | Work |
| 129 | 12/5/2013 | 8:52 AM | 877-498-8563 | Allied Interstate LLC | 727-539-3723 | Work |
| 130 | 12/5/2013 | 10:09 AM | 877-498-8563 | Allied Interstate LLC | 727-539-3723 | Work |
| 131 | 12/5/2013 | 11:55 AM | 877-498-8563 | Allied Interstate LLC | 727-539-3723 | Work |
| 132 | 12/6/2013 | 8:39 AM | 877-498-8563 | Allied Interstate LLC | 727-539-3723 | Work |
| 133 | 12/6/2013 | 9:55 AM | 877-498-8563 | Allied Interstate LLC | 727-539-3723 | Work |
| 134 | 12/6/2013 | 11:09 AM | 877-498-8563 | Allied Interstate LLC | 727-539-3723 | Work |
| 135 | 12/7/2013 | 8:41 AM | 877-498-8563 | Allied Interstate LLC | 727-539-3723 | Work |
| 136 | 12/7/2013 | 11:03 AM | 877-498-8563 | Allied Interstate LLC | 727-539-3723 | Work |
| 137 | 12/8/2013 | 8:56 AM | 877-498-8563 | Allied Interstate LLC | 727-539-3723 | Work |
| 138 | 12/8/2013 | 10:14 AM | 877-498-8563 | Allied Interstate LLC | 727-539-3723 | Work |
| 139 | 12/8/2013 | 11:46 AM | 877-498-8563 | Allied Interstate LLC | 727-539-3723 | Work |
| 140 | 12/9/2013 | 8:35 AM | 877-498-8563 | Allied Interstate LLC | 727-539-3723 | Work |
| 141 | 12/9/2013 | 9:50 AM | 877-498-8563 | Allied Interstate LLC | 727-539-3723 | Work |
| 142 | 12/9/2013 | 11:06 AM | 877-498-8563 | Allied Interstate LLC | 727-539-3723 | Work |
| 143 | 12/10/2013 | 8:59 AM | 877-498-8563 | Allied Interstate LLC | 727-539-3723 | Work |
| 144 | 12/11/2013 | 8:50 AM | 877-498-8563 | Allied Interstate LLC | 727-539-3723 | Work |
| 145 | 12/11/2013 | 10:12 AM | 877-498-8563 | Allied Interstate LLC | 727-539-3723 | Work |
| 146 | 12/11/2013 | 11:55 AM | 877-498-8563 | Allied Interstate LLC | 727-539-3723 | Work |

# Send Result Report

**EXHIBIT "B"**

**KYOCERA**

MFP
TASKalfa 300ci

Firmware Version 2H7_2F00.013.006 2012.01.06

08/16/2013 16:37
[2JZ_1000.023.001] [2H7_1100.002.003] [2H7_7000.013.006]

Job No.: 104901          Total Time: 0°00'36"          Page: 003

# Complete

Document:          doc20130816163549



# BOSS | ARRIGHI | HOAG
## ATTORNEYS AT LAW
— PROTECT YOUR FUTURE —

CHRISTOPHER W. BOSS, ESQ.
BRIAN D. ARRIGHI, ESQ.
BRIAN M. HOAG, ESQ.
CHRISTINA J. DAVIS, ESQ.
DEENA M. DAVIS, ESQ.
MATTHEW W. KINDEL, ESQ.
ADAM T. RAUMAN, ESQ.
ALEXANDRA J. REESE, ESQ.

August 16, 2013
**SENT VIA FAX**
**3pgs Total**

GE Capital Retail Bank
PO Box 965004
Orlando, FL 32896-5004
Fax# 866-420-1312

Re:   Andrea M. Douglas          Account #: ████-2533
2118 Larkspur Court
Trinity, FL 34655

To Whom It May Concern,

| No. | Date and Time | Destination | Times | Type | Result | Resolution/ECM |
|-----|---------------|-------------|-------|------|--------|----------------|
| 001 | 08/16/13 16:36 | 18664201312 | 0°00'36" | FAX | OK | 200x100 Normal/On |

1

[ OJC0404679 ]



# EXHIBIT "B"

## BOSS | ARRIGHI | HOAG

### ATTORNEYS AT LAW

CHRISTOPHER W. BOSS, ESQ.
BRIAN D. ARRIGHI, ESQ.
BRIAN M. HOAG, ESQ.
CHRISTINA J. DAVIS, ESQ.
DEENA M. DAVIS, ESQ.
MATTHEW W. KINDEL, ESQ.
ADAM T. BAUMAN, ESQ.
ALEXANDRA J. REESE, ESQ.

**August 16, 2013**
**SENT VIA FAX**
**3pgs Total**

GE Capital Retail Bank
PO Box 965004
Orlando, FL 32896-5004
Fax# 866-420-1312

Re:   Andrea M. Douglas          Account #: ███████-2533
      2118 Larkspur Court
      Trinity, FL 34655

To Whom It May Concern,

This firm represents **Andrea M. Douglas** in her personal and financial affairs. This firm is analyzing our clients' financial situation in an effort to find the best remedy for her economic crisis.

I have enclosed a Power of Attorney that way we can communicate directly with you.

Please be advised that you are not to contact these clients directly regarding the above listed accounts. Any inquiries should be directed to our attention on behalf of the above-referenced client.

Thank you for your assistance. Should you have any questions or concerns please do not hesitate to contact our office.

Sincerely,

Joseph M. Demmi, Jr.
Legal Assistant to CWB, Esq.

BOSS, ARRIGHI & HOAG, P.L. | 9800 FOURTH STREET NORTH, SUITE 402 | ST. PETERSBURG, FLORIDA 33702

PHONE: (727) 471-0039 | FAX: (727) 471-1206 | WWW.PROTECTYOURFUTURE.COM

# EXHIBIT "B"

## SPECIFIC POWER OF ATTORNEY AND NOTICE OF ATTORNEY REPRESENTATION

I,_____Andrea M. Douglas_____, do hereby appoint **Christopher W. Boss,
Brian D. Arrighi and Brian M. Hoag** of Boss, Arrighi & Hoag P.L.
**A BANKRUPTCY & REAL ESTATE FIRM** (Tax ID # 20-1795046), as our true and
lawful attorneys-in-fact, to perform all acts and things whatsoever necessary to be done in and
about the specific and limited premises, including but not limited to.

**We also authorize Joseph M. Demmi Jr. with Boss, Arrighi & Hoag, P.L. a
non-attorney.**

Specific representation in relationship to the collection of this debt pursuant to Fair Debt
Collection Practices Act (FDCPA) and the Florida Consumer Collection Practices Act
(FCCPA), if this is a consumer debt.

Negotiations of any and all personal and business debts with creditor and for client. This
includes but not limited to Bankruptcy Negotiation, Settlement Negotiations and Repayment
Plans.

| Creditor | Client |
|---|---|
| Account#: ▮-2533 | SS#: ▮    DOB: ▮ |
| GE Capital Retail Bank | Andrea M. Douglas |
| PO Box 965004 | 2118 Larkspur Ct |
| Orlando, FL 32896-5004 | Trinity, FL 34655 |

*Contact and confer with creditors on my behalf as needed, negotiation of any and all terms,
options, debt instruments, settlement documents, bills of sale, tangible personal property,
litigation, records, reports, statements, mailing addresses and all other incidental acts as are
reasonably required to carry out and perform the specific authorities granted herein.*

Receive and accept any proceeds or funds, and to approve and authorize the distribution of
any such proceeds or funds to third parties.

Induce any third party to act hereunder, I hereby agree that any third party receiving a duly
executed copy or facsimile of this instrument may act hereunder, and I for myself and for my
heirs, executors, legal representatives and assigns, hereby agree to indemnify and hold
harmless any such third party from and against any and all claims that may arise against such
third party by reason of such third party having relied on the provisions of this instrument.

My attorney-in-fact agrees to accept this appointment subject to its terms, and agrees to act
and perform in said fiduciary capacity consistent with my best interests, as my attorney-in-
fact in its discretion deems advisable.

1

Client Initials: AMD                    Client Initials: N/A

# EXHIBIT "B"

I hereby revoke any previous powers of attorney relating to said debts, and hereby ratify and confirm all actions of the attorney-in-fact appointed by this Power of Attorney. This Power of Attorney is not to be construed as limiting or restricting the general powers granted herein.

This power of attorney shall not be affected by the subsequent disability or incompetence of the grantor. The powers and authority granted herein shall commence immediately, and shall be un-revocable.

IN WITNESS WHEREOF, I have hereunto set my hand and seal this _29_ day of _July_____, 2013, Signed, Sealed and Delivered.

Signed, sealed and delivered in the presence of:

_Andrea M Douglas_
(Signature) Andrea M. Douglas

_____N/A_____
(Signature)

_Andrea M Douglas_
(Print)  Andrea M. Douglas

_____N/A_____
(Print)

_Clu Pu_
(Signature) 1st Witness

_Sarah Wozniak_
(Signature) 2nd Witness

_Andres Pino_
(Print) 1st Witness

_Sarah Wozniak_
(Print) 2nd Witness

STATE OF __FLORIDA_____
COUNTY OF_Pinellas_____

I HEREBY CERTIFY THAT BEFORE ME personally appeared _Andrea M. Douglas_____, who produced _Drivers License___ as identification (or is personally known to the notary public) and who is known to me to be the individuals described in and who executed the foregoing Specific Power of Attorney and Notice of Attorney Representation, and acknowledged before me that they executed the same for the purposes therein expressed.

WITNESS my hand and official seal in the county and state last aforesaid this _29_ day  of _July_____, 2013.

_Sarah Wozniak_
Notary Public
Name of Notary Public:
My commission expires:

Notary Public State of Florida
Sarah Wozniak
My Commission EE 219206
Expires 07/24/2016

2

# EXHIBIT "C"

# Send Result Report

## MFP

**TASKalfa 300ci**
Firmware Version  2H7_2F00.013.006  2012.01.06

**🔇 KYOCERA**

11/08/2013 12:18
[2J2_1000.023.001] [2H7_1100.002.003] [2H7_7000.013.006]

Job No.: 116144          Total Time: 0°02'13"          Page: 003

# Complete

Document:          doc20131108121529

---



## BOSS | ARRIGHI | HOAG

### ATTORNEYS AT LAW

PROTECT YOUR FUTURE

CHRISTOPHER W. BOSS, ESQ.
BRIAN D. ARRIGHI, ESQ.
BRIAN M. HOAG, ESQ.
CHRISTINA J. DAVIS, ESQ.
DEENA M. DAVIS, ESQ.
MATTHEW W. KINDEL, ESQ.
ADAM T. RAUMAN, ESQ.
ALEXANDRA J. REISS, ESQ.

**August 16, 2013**

<u>**SENT VIA FAX**</u>

**3pgs Total**

ALLIED INTERSTATE
GE Capital Retail Bank
PO Box 965004
Orlando, FL 32896-5004
Fax# 973-944-5324

Re:   Andrea M. Douglas
2118 Larkspur Court
Trinity, FL 34655

Account #: ███████-2533
REF#: 561077887499

To Whom It May Concern,

---

| No. | Date and Time | Destination | Times | Type | Result | Resolution/ECM |
|-----|---------------|-------------|-------|------|--------|----------------|
| 001 | 11/08/13 12:16 | 19739445324 | 0°02'13" | FAX | OK | 200x100 Normal/On |

---

1

[ OJC0404679 ]



# EXHIBIT "C"

# BOSS I ARRIGHI I HOAG

CHRISTOPHER W. BOSS, ESQ.
BRIAN D. ARRIGHI, ESQ.
BRIAN M. HOAG, ESQ.
CHRISTINA J. DAVIS, ESQ.
DEENA M. DAVIS, ESQ.
MATTHEW W. KINDEL, ESQ.
ADAM Y. RAUMAN, ESQ.
ALEXANDRA J. REESE, ESQ.

## ATTORNEYS AT LAW

—— PROTECT YOUR FUTURE ——

August 16, 2013
**SENT VIA FAX**
**3pgs Total**

ALLIED INTERSTATE
GE Capital Retail Bank
PO Box 965004
Orlando, FL 32896-5004
Fax# 973-444-5324

Re:   Andrea M. Douglas          Account #: ▮▮▮▮▮▮-2533
      2118 Larkspur Court        REF#: 5510 7788 7499
      Trinity, FL 34655

To Whom It May Concern,

        This firm represents **Andrea M. Douglas** in her personal and financial affairs. This firm is analyzing our clients' financial situation in an effort to find the best remedy for her economic crisis.

        I have enclosed a Power of Attorney that way we can communicate directly with you.

        Please be advised that you are not to contact these clients directly regarding the above listed accounts. Any inquiries should be directed to our attention on behalf of the above-referenced client.

        Thank you for your assistance. Should you have any questions or concerns please do not hesitate to contact our office.

                                        Sincerely,

                                        Joseph M. Demmi, Jr.
                                        Legal Assistant to CWB, Esq.

# EXHIBIT "C"

## SPECIFIC POWER OF ATTORNEY AND NOTICE OF ATTORNEY REPRESENTATION

I,_____Andrea M. Douglas_____, do hereby appoint **Christopher W. Boss, Brian D. Arrighi and Brian M. Hoag of Boss, Arrighi & Hoag P.L. A BANKRUPTCY & REAL ESTATE FIRM** (Tax ID # 20-1795046), as our true and lawful attorneys-in-fact, to perform all acts and things whatsoever necessary to be done in and about the specific and limited premises, including but not limited to.

**We also authorize Joseph M. Demmi Jr. with Boss, Arrighi & Hoag, P.L. a non-attorney.**

Specific representation in relationship to the collection of this debt pursuant to Fair Debt Collection Practices Act (FDCPA) and the Florida Consumer Collection Practices Act (FCCPA), if this is a consumer debt.

Negotiations of any and all personal and business debts with creditor and for client. This includes but not limited to Bankruptcy Negotiation, Settlement Negotiations and Repayment Plans.

| Creditor | Client | |
|---|---|---|
| Account#: ▮▮▮▮▮▮ | SS#: ▮▮▮▮ | DOB: ▮▮▮▮ |
| GE Capital Retail Bank | Andrea M. Douglas | |
| PO Box 965004 | 2118 Larkspur Ct | |
| Orlando, FL 32896-5004 | Trinity, FL 34655 | |

*Contact and confer with creditors on my behalf as needed, negotiation of any and all terms, options, debt instruments, settlement documents, bills of sale, tangible personal property, litigation, records, reports, statements, mailing addresses and all other incidental acts as are reasonably required to carry out and perform the specific authorities granted herein.*

Receive and accept any proceeds or funds, and to approve and authorize the distribution of any such proceeds or funds to third parties.

Induce any third party to act hereunder, I hereby agree that any third party receiving a duly executed copy or facsimile of this instrument may act hereunder, and I for myself and for my heirs, executors, legal representatives and assigns, hereby agree to indemnify and hold harmless any such third party from and against any and all claims that may arise against such third party by reason of such third party having relied on the provisions of this instrument.

My attorney-in-fact agrees to accept this appointment subject to its terms, and agrees to act and perform in said fiduciary capacity consistent with my best interests, as my attorney-in-fact in its discretion deems advisable.

1

Client Initials: _Amd_          Client Initials: _N/A_

# EXHIBIT "C"

I hereby revoke any previous powers of attorney relating to said debts, and hereby ratify and confirm all actions of the attorney-in-fact appointed by this Power of Attorney. This Power of Attorney is not to be construed as limiting or restricting the general powers granted herein.

This power of attorney shall not be affected by the subsequent disability or incompetence of the grantor. The powers and authority granted herein shall commence immediately, and shall be un-revocable.

IN WITNESS WHEREOF, I have hereunto set my hand and seal this _29_ day of _July_____, 2013, Signed, Sealed and Delivered.

Signed, sealed and delivered in the presence of:

_Andrea M Douglas_____
(Signature) Andrea M. Douglas

_N/A_____
(Signature)

_Andrea M Douglas_____
(Print) Andrea M. Douglas

_N/A_____
(Print)

_Clu Pino_____
(Signature) 1st Witness

_Sarah Wozniak_____
(Signature) 2nd Witness

_Andres Pino_____
(Print) 1st Witness

_Sarah Wozniak_____
(Print) 2nd Witness

STATE OF _FLORIDA_____
COUNTY OF _Pinellas_

I HEREBY CERTIFY THAT BEFORE ME personally appeared _Andrea M. Douglas_____, who produced _Drivers License_ as identification (or is personally known to the notary public) and who is known to me to be the individuals described in and who executed the foregoing Specific Power of Attorney and Notice of Attorney Representation, and acknowledged before me that they executed the same for the purposes therein expressed.

WITNESS my hand and official seal in the county and state last aforesaid this _29_ day of _July_____, 2013.

_Sarah Wozniak_____
Notary Public
Name of Notary Public:
My commission expires:

Notary Public State of Florida
Sarah Wozniak
My Commission EE 219206
Expires 07/24/2016

2