## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

ANDREA DOUGLAS,

      Plaintiff,

vs.                        CASE NO.: 8:14-cv-00860-EAK-EAJ

ALLIED INTERSTATE LLC,

      Defendant.

_____/

### PLAINTIFF AND DEFENDANT'S STIPULATION FOR DISMISSAL WITH PREJUDICE

      Plaintiff, ANDREA DOUGLAS, by and through undersigned counsel, and pursuant to Rule 41(a)(1)(A)(ii), Fed. R. Civ. P., hereby stipulates with Defendant, ALLIED INTERSTATE LLC, to voluntarily dismiss the above cause **with prejudice**. Each side shall bear their own fees and costs, except as agreed to by the parties.

Date: **December 3, 2014**

/s/*Robert F. Reynolds*
Robert F. Reynolds
Florida Bar No. 174823
Email: reynolds@slatkinreynolds.com
SLATKIN & REYNOLDS, P.A.
One East Broward Boulevard, Suite 609
Fort Lauderdale, FL 33301
Telephone: (954) 745-5880
Facsimile: : (954) 745-5890

*Trial Counsel for Defendant,*
*Allied Interstate, LLC*

/s/ *Anthony S. Bradlow*
Anthony S. Bradlow
Florida Bar No. 104904
Email: tbradlow@protectyourfuture.com
BOSS, ARRIGHI & HOAG, P.L.
9800 Fourth Street North, Suite 402
St. Petersburg, Florida  33702
Telephone: (727) 471-0039
Facsimile: (727) 471-1206

*Trial Counsel for Plaintiff,*
*Andrea Douglas*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on December 3, 2014, I electronically filed the foregoing Stipulation for Dismissal with the Clerk of the Court using the CM/ECF system, which will send an electronic notice to the following authorized CM/ECF filers:

<u>Attorney for Defendant</u>
Robert F. Reynolds,
rreynolds@slatkinreynolds.com
and
Jason E. Slatkin,
jslatkin@slatkinreynolds.com


/s/ *Anthony S. Bradlow*
Anthony S. Bradlow**,** Esq.